## STATE OF CONNECTICUT *v.* EDWIN QUILES
### (13092)

Heiman, Hennessy and Glass, Js.

Argued October 30—decision released November 21, 1995

*Donald D. Dakers*, special public defender, for the appellant (defendant).

*Christopher T. Godialis*, deputy assistant state's attorney, with whom were *Kiernan L. Ignacio*, legal intern, and, on the brief, *James E. Thomas*, state's attorney, and *Vicki Melchiorre*, assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.